UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LLOYD RAYMOND MARTIN, III, ET AL. | CIVIL ACTION |
| VERSUS | NO.: 10-2786 |
| WILLIAM M. MAGEE, ET AL | SECTION: "H" (4) |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion Giving Notice of Fraudulent Misrepresentation of the Eastern District's United States District Court and Request for Evidentiary Hearing. (R. Doc. 138)** is **DENIED**.

New Orleans, Louisiana, this 19th day of December, 2011.

UNITED STATES DISTRICT JUDGE